AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-cv-00230-SCB-MAP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>SGS International, LLC</u> was received by me on *(date)* <u>Jan 29, 2018</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Lynanne Gares, Litigation Management Services Leader</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>SGS International, LLC</u> on *(date)* <u>Mon, Jan 29 2018 at 3:35 pm, at Corporation Service Company, Registered Agent, at 251 Little Falls Drive, Wilmington, DE 19808</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>61.35</u>.

I declare under penalty of perjury that this information is true.

Date: January 30, 2018

*Server's signature*

Daniel Newcomb, Process Server

*Printed name and title*

DELAWARE ATTORNEY SERVICES
3516 Silverside Road Unit 16, Wilmington, DE 19810

*Server's address*

Additional information regarding attempted service, etc.:

Documents Served: Summons in a Civil Action; Civil Cover Sheet; Notice of Designation Under Local Rule 3.05 and Order Requiring Electronic Filing; Complaint; and Exhibits A-H