**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRINITY GRAPHIC, USA, INC.,
a Florida corporation,

    *Plaintiff*,

vs.

TERVIS TUMBLER COMPANY, a
Florida corporation, SOUTHERN
GRAPHICS, INC., a Delaware corporation,
and SGS INTERNATIONAL, LLC, a
Delaware limited liability company,

    *Defendants*.
_____/

**Case No.: 8:18-cv-00230-SCB-MAP**

## UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Counsel for Plaintiff Trinity Graphic, USA, Inc., Pollard PLLC, ("Counsel"), files this Unopposed Motion for Leave to Withdraw as Counsel for Plaintiff, Trinity Graphic USA, Inc. ("Plaintiff"), and in support states:

1. Irreconcilable differences have arisen between Plaintiff and Counsel, which have rendered the relationship beyond repair and which pose compelling ethical concerns for Counsel. Despite repeated attempts to remedy the situation, Counsel and Plaintiff have been unable to resolve their differences regarding the litigation of this matter. Accordingly, good cause exists for Counsel's withdrawal from this matter. *See* Rule 4-1.16(b)(2) and (5), Rules Regulating The Florida Bar; *see also Simmons v. House of Brewz LLC*, 2015 WL 3991021, at *2 (M.D. Fla. June 30, 2015) (finding good cause for withdrawal based on irreconcilable differences regarding the most prudent course of action going forward and stating "[t]he

Florida Rules of Professional Conduct provide some guidance as to what constitute 'compelling ethical considerations,' including where an attorney and client have a 'fundamental disagreement' or the client insists upon a course of action the attorney believes imprudent." (citing Fla. R. Prof. Conduct 4-1.16(b)(2))); *Albert v. DRS Tech., Inc.*, 2012 WL 12898965, at *2 (M.D. Fla. Apr. 18, 2012) (finding good cause for withdrawal based on irreconcilable differences regarding litigation strategy).

2. Withdrawal is also allowed pursuant to Rule 4-1.16(b)(1) of the Rules Regulating the Florida Bar because it "can be accomplished without material adverse effect on the interests of the [Plaintiff]." Plaintiff will have ample time to obtain new counsel given that discovery remains open until January 7, 2019, and trial is not scheduled to occur until September 2019, more than eleven (11) months from the date of this filing. *See* United States District Court for the Middle District of Florida, Local Rule 2.03(c); *U.S. Commodity Futures Trading Comm'n v. Allied Markets, LLC*, 2015 WL 12843228, at *2 (M.D. Fla. June 3, 2015) (finding no delay that would justify denial of motion to withdraw when discovery deadline was four months away and trial was eleven months away); *Albert*, 2012 WL 12898965, at *2, n.2 (granting motion to withdraw where discovery deadline was three months away and trial was nine months away).

3. Finally, withdrawal is permitted pursuant to Rule 4-1.16(b)(4) of the Rules Regulating the Florida Bar because the continued representation by Counsel "will result in an unreasonable financial burden on the lawyer."

4.       In accordance with Local Rule 2.03(b), at or before 3:11 p.m. on October 16, 2018, Counsel provided Plaintiff and opposing counsel with advanced notice of its intention to withdraw via email.

**WHEREFORE**, Counsel respectfully requests that this Honorable Court enter an Order:

   a. Granting this Motion to withdraw from representation of the Plaintiff and relieving Counsel of all further responsibility in this matter;

   b. Removing Counsel from the Middle District of Florida Counsel of Record and associated Service List in this matter;

   c. Allowing Plaintiff at least thirty (30) days to retain new counsel in this matter; and

   d. Directing all future pleadings, motions, notices, and other correspondence to Plaintiff, care of Robert Smithson, at:

   Address:   885 Tallevast Road, Sarasota, FL 34243
   Telephone: 941-355-2636
   Email:     rjstrinity@aol.com and rjs@trinitygraphic.com

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Counsel has conferred with Defendants' counsel regarding the relief requested in this Motion and confirmed that Defendants do not oppose Pollard PLLC's withdrawal.

Date: October 26, 2018                       Respectfully submitted,

                                             By: /s/ *Christopher S. Prater*
                                             Jonathan E. Pollard
                                             Florida Bar No.: 83613
                                             jpollard@pollardllc.com

                                          Christopher S. Prater
                                          Florida Bar No.: 105488
                                          cprater@pollardllc.com

                                          David J. Yaffe
                                          Florida Bar No.: 125488
                                          dyaffe@pollardllc.com
                                          **Pollard PLLC**
                                          401 E. Las Olas Blvd., #1400
                                          Fort Lauderdale, FL 33301
                                          Telephone: 954-332-2380
                                          Facsimile: 866-594-5731
                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on October 26, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, who will provide electronic notification to all counsel of record.

                                          By: /s/ *Christopher S. Prater*
                                          Christopher S. Prater