UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRINITY GRAPHIC, USA, INC., a
Florida corporation,

        Plaintiff,

v.                                       CASE NO. 8:18-cv-00230-SCB-MAP

TERVIS TUMBLER COMPANY, a
Florida corporation, SOUTHERN
GRAPHICS, INC., a Delaware
Corporation, and SGS INTERNATIONAL,
LLC, a Delaware limited liability company,

        Defendants.
_____\

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to the voluntary dismissal with prejudice of the above-styled action, with each party to bear its own attorney's fees and costs.

Dated this 14 day of November, 2018.

TRINITY GRAPHIC, USA, INC.
c/o Robert Smithson
885 Tallevast Rd.
Sarasota, FL 34243
By: */s/Robert Smithson*
President of Plaintiff

TERVIS TUMBLER COMPANY

By:*/s/ Jennifer B. Compton*
Jennifer B. Compton
Fla. Bar No. 0128041
SHUMAKER, LOOP & KENDRICK, LLP
240 South Pineapple Avenue
Post Office Box 49948
Sarasota, Florida 34230-6948
(941) 366-6660
(941) 366-3999 (Fax)
jcompton@slk-law.com
jcollier@slk-law.com
dmills@slk-law.com

*Attorneys for Defendant Tervis Tumbler Company*

16816094.6. LITIGATION3

SOUTHERN GRAPHICS, INC. AND SGS INTERNATIONAL, LLC

/s/ Diane Siegel Danoff
DIANE SIEGEL DANOFF (admitted pro hac vice)
Lead Trial Counsel
Pennsylvania Bar No.: 50644
diane.danoff@dechert.com
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Telephone)
(215) 994-2222 (Facsimile)

and

KELLY KRELLNER (admitted pro hac vice)
Pennsylvania Bar No.: 322080
California Bar No.: 278998
kelly.krellner@dechert.com
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Telephone)
(215) 994-2222 (Facsimile)

and

/s/ Zarra R. Elias
KAREN M. BUESING
Florida Bar No. 348491
karen.buesing@akerman.com
ZARRA R. ELIAS
Florida Bar No. 089020
zarra.elias@akerman.com
AKERMAN LLP
Sun Trust Financial Center, Suite 1700
401 E. Jackson Street
Tampa, FL 33602
(813) 223-7833 (Telephone)
(813) 223-2837 (Facsimile)

*Attorneys for Defendants SGS International, LLC and Southern Graphics Inc.*

16816094.6. LITIGATION4